No. 130. Coco *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Wallace N. Maer* for petitioner.

No. 131. FARONE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *James F. Carroll* for petitioner. *Jacob K. Javits,* Attorney General of New York, *James O. Moore, Jr.,* Solicitor General, and *Ruth Kessler Toch* and *Arthur H. Christy,* Assistant Attorneys General, for respondent.

No. 133. SILLIMAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Joseph J. O'Connell, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Ellis N. Slack* for respondent.

No. 135. ECHELES ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 136. SOPER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hubert A. Gilbert* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 137. NEW CUT RATE LIQUORS, INC. ET AL. *v.* SEAGRAM DISTILLERS CORP. C. A. 7th Cir. Certiorari denied. *William C. Wines* for petitioners. *Frank D. Mayer, Louis A. Kohn* and *Robert L. Stern* for respondent.

No. 138. IRVING TRUST CO. ET AL., EXECUTORS, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Ben-*